IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

|  |  |
|---|---|
| TIMM ADAMS, et al., | Civ. No. 03-0049-E-BLW |
| Plaintiffs, | |
| v. | MEMORANDUM DECISION AND ORDER RE: DUPONT MOTION TO EXCLUDE ECONOMIC AND FINANCIAL TESTIMONY FROM NON-BELLWETHER PLAINTIFFS |
| UNITED STATES OF AMERICA, et al., | |
| Defendants. | |

## INTRODUCTION

The Court has before it DuPont's motion to exclude financial or economic evidence regarding the non-bellwether plaintiffs. For the reasons expressed below, the Court grants the motion.

## ANALYSIS

DuPont moves to exclude financial or economic evidence regarding the non-bellwether plaintiffs. For example, non-bellwether Steve Young plans to testify

**Memorandum Decision & Order re DuPont Motion to Exclude – page 1**

that "he is no longer in business because of the problems experienced with Oust." *See Plaintiffs' Brief* at p. 98.

In an earlier decision, the Court ruled that the non-bellwether's could testify about crop damage as part of plaintiffs' argument that damage was widespread. At the same time, however, the Court ruled that no discovery would be allowed on the non-bellwethers' economic or financial losses because they are not pursuing their claims here. Such testimony was irrelevant to any issue in this trial, and was not necessary to show the widespread geographical spread of the crop damage. Moreover, it threatened to expand discovery – and the trial itself – to an unacceptable degree. Having barred inquiry into such testimony, it would now be unfair for the Court to admit such testimony at trial.

Plaintiffs argue that they produced the information on the non-bellwethers' financial situation in discovery, so there is no unfairness. Regardless, the defendants rightly were not preparing to challenge the material provided, and that is the source of the unfairness.

Accordingly, the Court will grant the motion.

## ORDER

In accordance with the Memorandum Decision set forth above,

**Memorandum Decision & Order re DuPont Motion to Exclude – page 2**

NOW THEREFORE IT IS HEREBY ORDERED, that the motion to exclude (docket no. 941, part 26) is GRANTED to the extent it seeks to exclude all testimony of non-bellwethers relating in any way to their economic or financial losses or hardships.

DATED: **May 6, 2009**



Honorable B. Lynn Winmill
Chief U. S. District Judge

**Memorandum Decision & Order re DuPont Motion to Exclude – page 3**