IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| TIMM ADAMS, et al., | Case No. CV-03-49-E-BLW |
| Plaintiffs, | MEMORANDUM DECISION AND ORDER REGARDING OBJECTIONS TO DEPOSITION OF MARTHA HAHN |
| v. | |
| UNITED STATES OF AMERICA, et al., | |
| Defendants. | |

## INTRODUCTION

The Court has before it objections to deposition excerpts from the deposition of Martha Hahn. The Court rules on those objections below.

## ANALYSIS

Martha Hahn was the Idaho State Director for the BLM from 1995 through March 2002. Ms. Hahn is being called by DuPont as a fact witness. Most of her testimony concerns matters within her personal knowledge concerning the Idaho division of the BLM's decision-making process and involvement in the BLM's application of Oust to the burnt rangelands in Idaho, and subsequent investigation.

Plaintiffs and the BLM made objections and counter-designations to

DuPont's designations.  The Court's detailed rulings were e-mailed to counsel on July 9, 2009, and are appended hereto and incorporated herein by reference.

## ORDER

In accordance with the Memorandum Decision filed above,

NOW THEREFORE IT IS HEREBY ORDERED, that the objections to the Martha Hahn deposition be resolved as set forth in the attachment incorporated herein by reference.

DATED: **July 9, 2009**

Honorable B. Lynn Winmill
Chief U. S. District Judge