# MARTHA HAHN

| DuPont's Designations | Plaintiffs' Objections | Plaintiffs' Counter-Designations | USA's Objections to DuPont's Designations | USA's Counter Designations to DuPont's Designations | Plaintiffs' Objections to USA's Counter Designations | Plaintiffs' Rebuttal Designations to USA's Counter Designations |
|---|---|---|---|---|---|---|
| 6:13-14 | | | | | | |
| 7:10-19 | | | | | | |
| 29:25-31:3 | | | NEPA | 7:20-8:9 | | |
| 32:6-8 | | | Mischaracterizes label and assumes facts not in evidence – OR | | | |
| 32:11-33:5 | | | | | | |
| 37:14-38:10 | | | | | | |
| 39:9-40:13 | | | 39:9-14 – assumes facts not in evidence – OR | | | |
| 42:2-43:11 | | | | | | |
| 44:17-45:19 | | | **45:1-46:7 - NEPA – OR | | | |
| 46:10-46:20 | | | | | | |
| 47:4-11 | | | | | | |
| 47:18-47:23 | | | | | | |
| 52:20-53:5 | FRE 602 | | Misstates label and assumes facts not in evidence | 48:25-50:3 | FRE 602, 802 – OR, may give limiting instruction if requested. Sustain in part, OR in part. Redact 52:24-52:25 ("it that says out can be blown off the site and can kill crops") | |
| 53:9-54:1 | FRE 602 – OR | | | | | |
| 54:3 | FRE 602 – OR | | | | | |
| 58:8-58:23 | FRE 602 – OR | | | | | |
| 58:25-59:9 | | | NEPA – OR | | | |
| 59:16-60:13 | | | 59:25-60:1 - NEPA – OR | | | |
| 60:2-60:13 | | | 60:3-13 - NEPA – OR | | | |
| 64:24-66:5 | | | 64:24-66:2 - NEPA – OR | | | |
| 70:17-72:3 | | | 71:1-72:3 - NEPA – OR | 68:10-69:14 | | |
| 74:7-10 | | | | | | |
| 75:13-21 | | | | 75:22-76:6 | | |
| 77:22-24 | | | Assumes facts not in evidence – SUSTAIN | 76:20-77:3 | | |
| 78:2-7 | FRE 602 – SUSTAIN | | | | | |

| DuPont's Designations | Plaintiffs Objections | Plaintiffs Counter-Designations | USA's Objections to DuPont's Designations | USA's Counter Designations to DuPont's Designations | Plaintiffs Objections to USA's Counter Designations | Plaintiffs Designations to Rebuttal USA's Counter Designations |
|---|---|---|---|---|---|---|
| 78:11-79:3 | | | | | | |
| 79:12-80:13 | | | NEPA — OR | 84:15-22 | | |
| 92:5-94:17 | | | | | | |
| 114:13-116:14 | | Object to 114:13-115:23 FRE 602 — OR | 116:10-14 — Speculation — OR | | | |
| 116:24-117:21 | | | 116:24-117:14 - speculation — OR | | | |

| Trial Exhibits | Plaintiffs Objections to Trial Exhibits | USA's Objections to Trial Exhibits |
|---|---|---|
| | | Foundation not established with this witness |
| 3 | | |
| 17 | | |
| 29 (previously admitted) | | |
| 47 | | |
| 65 | | Foundation not established with this witness (47:9-11) — OR |
| 40189 | No Objection | MIL (NEPA); Foundation not established with this witness (42:4-8) — SUSTAIN |

** USA objected to portions of deposition testimony not originally designated by DuPont

fb.us.4167414.01