**JAMES C. BAKER**

| DuPont's Desig-nations | Plaintiffs' Objections to DuPont's Designation | USA's Objections to DuPont's Counter-Designations | USA's Amended Counter-Designations to DuPont's Designations | Plaintiffs Objections to USA's Amended Counter Designations | Plaintiffs Cross Designations to USA's Counter Designations | DuPont's Objection's to USA's Amended Counter Designations | DuPont's Objections to Plaintiffs Counter Designations | DuPont's Rebuttal Designations |
|---|---|---|---|---|---|---|---|---|
| 9:5-17 | | | 39:7-10 | | | | | 57:20-24 |
| 10:11-24 | | | 39:15-40:5 | | | | | 58:3-5 |
| 14:2-15:6 | | | 47:6-48:13 | | | | | 58:3-5 |
| 16:5-17:4 | | | 48:19-21 | | | | | 113:4-23 |
| 17:22-18:17 | | | 49:7-18 | | | | | 163:5-13 |
| 19:12-18 | | | 52:13-53:3 | | | | | |
| 22:25-23:23 | | | 53:5-23 | | | | | |
| 24:1-25:15 | | | 58:6-59:6 | | | | | |
| 25:18-28:7 | Non-responsive/relevance/foundation. Witness was a toxicologist with ISDA and lacks foundation to testify about drift language on labels, EPA history on drift or how EPA defines drift and misleading — see 32:7-9.27:6 — 28:7 is hearsay/no foundation ("anecdotally") — see objection below. | Foundation, Relevance | 59:9-17 | | | | | |

OR in part; sustain in part. OR re: 26:19-27:3; sustain re: remaining objections.

| DuPont's Desig-nations | Plaintiffs' Objections to DuPont's Designation | USA's Objections to DuPont's Counter-Designations | USA's Amended Counter-Designations to DuPont's Designations | Plaintiffs Objections to USA's Amended Counter Designations | Plaintiffs Cross Designations to USA's Counter Designations | DuPont's Objection's to USA's Amended Counter Designations | DuPont's Objections to Plaintiffs Counter Designations | DuPont's Rebuttal Designations |
|---|---|---|---|---|---|---|---|---|
| 29:14-31:6 | 31:4-6 demonstrates that 30:13-31:6 is hearsay/no foundation | 30:13-31:6 Foundation, Hearsay | 103:24-104:14 | | | | | |
| 33:13-34:22 | 33:19-25 Non-responsive; 34:1-6 lacks foundations regarding others' thoughts or actions | | 112:16-113:3 | | | | | |
| 35:24-36:2 | | | 133:11-14 | | | | | |
| 40:6-44:4 | 41:17 — 44:4 Lacks foundation. Witness is a toxicologist and does not have FIFRA regulatory experience sufficient to give his views on what is or is not required on labels. To the extent he purports to be relating any conversations with EPA, it lacks foundation and is hearsay. Relevance outweighed by prejudice. Relates to a prior, smaller, Sid Wing incident. In addition to these objections, testimony on pp. 147-153 is non- | 41:3-44:4 Foundation, Hearsay | 158:8-12 | | | | | |

OR

SUSTAIN

OR, court may give limiting instruction re: 41:3-16 that testimony not to be considered for truth.

| DuPont's Desig-nations | Plaintiffs' Objections to DuPont's Designation | USA's Objections to DuPont's Counter-Designations | USA's Amended Counter-Designations to DuPont's Designations | Plaintiffs Objections to USA's Amended Counter Designations | Plaintiffs Cross Designations to USA's Counter Designations | DuPont's Objection's to USA's Amended Counter Designations | DuPont's Objections to Plaintiffs Counter Designations | DuPont's Rebuttal Designations |
|---|---|---|---|---|---|---|---|---|
| | responsive, lacks foundation and hearsay. | | | | | | | |
| 57:20-24 | Lacks foundation; witness has no foundation in label interpretation. | | 161:4-7 | | | | | |
| 58:3-5 | Same as above | | 161:18-163:4 | | | | | |
| 62:7-18 | Lacks foundation. Witness testifies "no" he was not involved, but then gives answer for which no foundation has been established. | | 195:4-19 | | | | | |
| 102:1-103:23 | Relevance/Prejudice or confusion outweighs probative value. Unrelated to any issue in this case. | | | | | | | |
| 131:16-132:4 | | | | | | | | |
| 145:8-13 | This objection relates to all designations through 152:25. Witness was an ISDA toxicologist and does not have FIFRA regulatory experience sufficient to give his | | | | | | | |

SUSTAIN

SUSTAIN

SUSTAIN

SUSTAIN

OR - court may give limiting instruction that witness not qualified as expert; statements not to be considered for truth of opinions expressed but only as explanation of position taken by ISDA.

| DuPont's Desig-nations | Plaintiffs' Objections to DuPont's Designation | USA's Objections to DuPont's Counter-Designations | USA's Amended Counter-Designations to DuPont's Designations | Plaintiffs Objections to USA's Amended Counter Designations | Plaintiffs Cross Designations to USA's Counter Designations | DuPont's Objection's to USA's Amended Counter Designations | DuPont's Objections to Plaintiffs Counter Designations | DuPont's Rebuttal Designations |
|---|---|---|---|---|---|---|---|---|
| | views on what is or is not required on labels. 145:16-23 Demonstrates that witness has no foundation, and that key statement is hearsay within hearsay.<br>To the extent he purports to be relating any conversations with EPA, it lacks foundation and is hearsay. Relevance outweighed by prejudice. Relates to a prior, smaller, Sid Wing incident. In addition to these objections, testimony on pp. 147-153 is non-responsive, lacks foundation and hearsay. | | | | | | | |

OR - see limiting instruction above.

| DuPont's Desig-nations | Plaintiffs' Objections to DuPont's Designation | USA's Objections to DuPont's Counter-Designations | USA's Amended Counter-Designations to DuPont's Designations | Plaintiffs Objections to USA's Amended Counter Designations | Plaintiffs Cross Designations to USA's Counter Designations | DuPont's Objection's to USA's Amended Counter Designations | DuPont's Objections to Plaintiffs Counter Designations | DuPont's Rebuttal Designations |
|---|---|---|---|---|---|---|---|---|
| 145:16-146:24 | This objection relates to all designations through 152:25. Witness was an ISDA toxicologist and does not have FIFRA regulatory experience sufficient to give his views on what is or is not required on labels. 145:16-23 Demonstrates that witness has no foundation, and that key statement is hearsay within hearsay. To the extent he purports to be relating any conversations with EPA, it lacks foundation and is hearsay. Relevance outweighed by prejudice. Relates to a prior, smaller, Sid Wing incident. In addition to these objections, testimony on pp. 147-153 is non-responsive, lacks foundation and hearsay. | | | | | | | |

OR- see limiting instruction above.

| DuPont's Desig-nations | Plaintiffs' Objections to DuPont's Designation | USA's Objections to DuPont's Counter-Designations | USA's Amended Counter-Designations to DuPont's Designations | Plaintiffs Objections to USA's Amended Counter Designations | Plaintiffs Cross Designations to USA's Counter Designations | DuPont's Objection's to USA's Amended Counter Designations | DuPont's Objections to Plaintiffs Counter Designations | DuPont's Rebuttal Designations |
|---|---|---|---|---|---|---|---|---|
| 147:11-21 | This objection relates to all designations through 152:25. Witness was an ISDA toxicologist and does not have FIFRA regulatory experience sufficient to give his views on what is or is not required on labels. 145:16-23 Demonstrates that witness has no foundation, and that key statement is hearsay within hearsay. To the extent he purports to be relating any conversations with EPA, it lacks foundation and is hearsay. Relevance outweighed by prejudice. Relates to a prior, smaller, Sid Wing incident. In addition to these objections, testimony on pp. 147-153 is non-responsive, lacks foundation and hearsay. | | | | | | | |

OR - see limiting instruction above.

| DuPont's Desig-nations | Plaintiffs' Objections to DuPont's Designation | USA's Objections to DuPont's Counter-Designations | USA's Amended Counter-Designations to DuPont's Designations | Plaintiffs Objections to USA's Amended Counter Designations | Plaintiffs Cross Designations to USA's Counter Designations | DuPont's Objection's to USA's Amended Counter Designations | DuPont's Objections to Plaintiffs Counter Designations | DuPont's Rebuttal Designations |
|---|---|---|---|---|---|---|---|---|
| 147:24-149:1 | This objection relates to all designations through 152:25. Witness was an ISDA toxicologist and does not have FIFRA regulatory experience sufficient to give views on what is or is not required on labels. In addition to these objections, testimony on pp. 147-153 is non-responsive, lacks foundation and hearsay. | | | | | | | |

OR - see limiting instruction above.

| DuPont's Desig-nations | Plaintiffs' Objections to DuPont's Designation | USA's Objections to DuPont's Counter-Designations | USA's Amended Counter-Designations to DuPont's Designations | Plaintiffs Objections to USA's Amended Counter Designations | Plaintiffs Cross Designations to USA's Counter Designations | DuPont's Objection's to USA's Amended Counter Designations | DuPont's Objections to Plaintiffs Counter Designations | DuPont's Rebuttal Designations |
|---|---|---|---|---|---|---|---|---|
| 149:4-152:25 | This objection relates to all designations through 152:25. Witness was an ISDA toxicologist and does not have FIFRA regulatory experience sufficient to give his views on what is or is not required on labels. In addition to these objections, testimony on pp. 147-153 is non-responsive, lacks foundation and hearsay. | | | | | | | |

| Trial Exhibits Designed by DuPont | Plaintiffs Objections to DuPont's Designated Exhibits | USA's Objections to DuPont's Designated Exhibits |
|---|---|---|
| 756 | | |
| 757 (previously admitted) | | |
| 40217 (previously admitted) | | |