## DONALD STUBBS

| DUPONT'S DESIGNATIONS | PLAINTIFFS' OBJECTIONS TO DUPONT'S DESIGNATIONS | USA's OBJECTIONS TO DUPONT'S DESIGNATIONS | PLAINTIFFS' COUNTER-DESIGNATIONS TO DUPONT'S DESIGNATIONS | DUPONT'S OBJECTIONS TO PLAINTIFFS' COUNTER DESIGNATIONS | USA's COUNTER DESIGNATIONS TO DUPONT'S DESIGNATIONS | DUPONT'S REBUTTAL DESIGNATIONS |
|---|---|---|---|---|---|---|
| 11:5-18 | | | 17:12-18 | | 40:8-41:7 | 18:18-22 |
| 15:11-13 | | | 17:20-21 | | 43:21-44:4 | 19:1 |
| 16:15-17:10 | | | 28:1-30:11 Overrule As to page 29 ll. 19-20, will consider limiting instruction | 802, misstates evidence "problem with the label", 401/402 (other incidents) | 47:20-48:14 | 30:12-19, 30:22-31:11, 31:14 (if court allows 28:11-30:11 and 31:16-32:9) |
| 35:12-37:4 | | | 31:16-32:9* SUSTAIN | Calls for speculation, 602, 802, 701 | 55:1-3 | 44:16-20 (if court allows 44:7-11, 44:14) |
| 41:13-42:5 | | | 42:6-11* | | 55:6-9 | 45:3 (if court allows 44:7-11, 44:14) |
| 42:18-43:3 | | | 42:14-16* | | 81:15-20 | 60:7-14 |
| 43:11-43:20 | | | Overrule 44:7-11* | 602 ("I don't believe") | 83:19-84:2* | 71:6-11 |
| 46:2-16 | | | 44:14* Overrule | 602 ("I don't believe") | 84:8-18* | 71:15-16 |
| 47:11-19 | | | Overrule 50:10-51:3 | 602 ("I believe") | 167:8-168:6 | 78:4-10 |
| 54:2-7 | | | 55:2-3 | | 168:9-15 | 83:7-10 |
| 55:17-18 | | | 55:6-9 | | 184:8-10 | 83:16-17 |
| 55:20-56:21 | | 56:1-21 403, 611(a) misstating facts already in evidence | 59:4-60:6* | | 184:14-185:3 | 112:20-22 |
| 67:11-68:2 | | | 70:20-71:2* | | 197:15-22* | 113:1-3 |
| 71:21-72:4 | | | 71:4* | | | 114:16-115:22 |

DUPONT'S AMENDED NOTICE OF INTENT TO INTRODUCE VIDEO DEPOSITION TESTIMONY OF DONALD STUBBS

| DUPONT'S DESIGNATIONS | PLAINTIFFS' OBJECTIONS TO DUPONT'S DESIGNATIONS | USA's OBJECTIONS TO DUPONT'S DESIGNATIONS | PLAINTIFFS' COUNTER-DESIGNATIONS TO DUPONT'S DESIGNATIONS | DUPONT'S OBJECTIONS TO PLAINTIFFS' COUNTER DESIGNATIONS | USA's COUNTER DESIGNATIONS TO DUPONT'S DESIGNATIONS | DUPONT's REBUTTAL DESIGNATIONS |
|---|---|---|---|---|---|---|
| 72:6-10 | | Overrule | 73:19-79:4* | → Repetitive | | 168:17-169:2 |
| 81:21-82:3 | | | 78:11-15* | | | 176:15-19-177:3-7 |
| 82:6-11 | | | 78:17* | | | 195:1-3 |
| 90:7-18 | | | 78:19-79:4* | | | |
| 92:5-16 | FRE 602 — Overrule | | 79:6* | | | |
| 112:14-19 | Overrule | 403, 611(a) misleading, no context: for completeness need full discussion of PR Notice 96-4 | 79:8-15* | | | |
| 117:4-14 | | Overrule | 82:13-18* | Misstates prior testimony | | |
| 143:19-144:10 | | Overrule | 83:3-6* | Misstates prior testimony | | |
| 146:4-147:5 | | | 85:13-86:18* | | | |
| 150:5-18 | | | 87:7-88:20* | | | |
| 152:3-154:22 Overrule | 153:9-154:22 602, 402/403 | 403, 611(a) misleading, no context: for completeness include 151:12-16 | 102:16-18 | | | |
| 155:7-21 SUSTAIN | 402, 403, 602; Outside 30(b)(6) | 155:19-21 402, 403 | 108:?-109:16* OUT | Calls for legal conclusion, 602 | | |
| 156:17-158:12 SUSTAIN | 402, 403, 602; Outside 30(b)(6) Scope | 402, 403 | 110:17-111:7* OUT | Calls for legal conclusion, 602 | | |

DUPONT'S AMENDED NOTICE OF INTENT TO INTRODUCE VIDEO DEPOSITION TESTIMONY OF DONALD STUBBS

| DUPONT'S DESIGNATIONS | PLAINTIFFS' OBJECTIONS TO DUPONT'S DESIGNATIONS | USA's OBJECTIONS TO DUPONT'S DESIGNATIONS | PLAINTIFFS' COUNTER-DESIGNATIONS TO DUPONT'S DESIGNATIONS | DUPONT'S OBJECTIONS TO PLAINTIFFS' COUNTER DESIGNATIONS | USA's COUNTER DESIGNATIONS TO DUPONT'S DESIGNATIONS | DUPONT's REBUTTAL DESIGNATIONS |
|---|---|---|---|---|---|---|
| 167:2-4 — overrule | 602, 402, 403; Outside 30(b)(6) Scope | | 113:14-22* | Misstates prior evidence (see 112:20-22, 113:1-3), Calls for legal conclusion, 602 | overrule | |
| 167:6 — overrule | 602, 402, 403; Outside 30(b)(6) | | 131:13-133:16* | Calls for legal conclusion, 602 | overrule | |
| 169:11-22 overrule | 602, 402, 403; Outside 30(b)(6) | | 138:19-139:10* | 602, 701 | overrule | |
| 170:4-5 overrule | 602, 402, 403; Outside 30(b)(6) | | 139:21-141:14 | 602 | overrule | |
| 178:19-181:2 overrule | 402, 403, 602 180:4-10 calls for speculation | | 175:22-176:11 | 602, 701, 802 | overrule | |
| 181:6-182:14 | | | 195:8-12 (if court allows 193:14-15,21) | | | |
| 182:20-183:6 | 602 — overrule | | 210:13-18 | | | |
| 186:4-7 | 402, 403, 602 — overrule | | 211:4-12* | | | |
| 186:9-15 | 402, 403, 602 — overrule | | 211:16 | | | |
| 186:18-19 | 402, 403, 602 — overrule | | 211:18-212:9* | | | |
| 187:10-11 | 402, 403, 602, 701; calls for legal — overrule | | 212:13-213:3* | Calls for legal conclusion | overrule | |
| 187:14 | 402, 403, 602, 701; calls for legal conclusion — overrule | | 213:9-10* | Calls for legal conclusion | overrule | |

DuPont's Amended Notice of Intent to Introduce Video Deposition Testimony of Donald Stubbs

| DUPONT'S DESIGNATIONS | PLAINTIFFS' OBJECTIONS TO DUPONT'S DESIGNATIONS | USA's OBJECTIONS TO DUPONT'S DESIGNATIONS | PLAINTIFFS' COUNTER-DESIGNATIONS TO DUPONT'S DESIGNATIONS | DUPONT'S OBJECTIONS TO PLAINTIFFS' COUNTER DESIGNATIONS | USA's COUNTER DESIGNATIONS TO DUPONT'S DESIGNATIONS | DUPONT'S REBUTTAL DESIGNATIONS |
|---|---|---|---|---|---|---|
| 187:21-188:4 | | | 213:12-14* | Calls for legal conclusion | overrule | |
| 189:17-21 | 602, 701; Outside scope of Rule 30(b)(6) | | 213:16* | Calls for legal conclusion | overrule | |
| 190:4-12 | 602, 701; Outside scope of Rule 30(b)(6) | | 215:1-10 (if court allows 214:16-22)* | | | |
| 190:14 | 602, 701; Outside scope of Rule 30(b)(6) | overrule | | | | |
| 190:16-21 | 602, 701; Outside scope of Rule 30(b)(6) | | | | | |
| 191:2-6 | 602, 701; Outside scope of Rule 30(b)(6) | | | | | |
| 191:9-13 | 602, 701; Outside scope of Rule 30(b)(6) | | | | | |
| 191:16-22 | 602, 701; Outside scope of Rule 30(b)(6) | | | | | |

| DUPONT'S DESIGNATIONS | PLAINTIFFS' OBJECTIONS TO DUPONT'S DESIGNATIONS | USA's OBJECTIONS TO DUPONT'S DESIGNATIONS | PLAINTIFFS' COUNTER-DESIGNATIONS TO DUPONT'S DESIGNATIONS | DUPONT'S OBJECTIONS TO PLAINTIFFS' COUNTER DESIGNATIONS | USA's COUNTER DESIGNATIONS TO DUPONT'S DESIGNATIONS | DUPONT'S REBUTTAL DESIGNATIONS |
|---|---|---|---|---|---|---|
| 192:4-9 | 602, 701; Outside scope of Rule 30(b)(6) | overrule | | | | |
| 192:12 | 602, 701; Outside scope of Rule 30(b)(6) | | | | | |
| 192:14-17 | 402, 403, 602, 701; Outside scope of Rule 30(b)(6) | 402, 403, 602, 701 | | | | |
| 193:14-194:15 | 402, 403, 602, 701; Outside scope of Rule 30(b)(6) | 402, 403, 602, 701 | | | | |
| 194:21 | 402, 403, 602, 701; Outside scope of Rule 30(b)(6) | 402, 403, 602, 701 | overrule | | | |
| 195:18-20 | 402, 403; Outside scope of Rule 30(b)(6) | | | | | |
| 196:1-4 | 402, 403; Outside scope of Rule 30(b)(6) | | | | | |
| 196:9-17 | 402, 403; Outside scope of Rule 30(b)(6) | | | | | |
| 213:18-214:8 | 402, 403; Outside scope of Rule 30(b)(6) | overrule | | | | |

DUPONT'S AMENDED NOTICE OF INTENT TO INTRODUCE VIDEO DEPOSITION TESTIMONY OF DONALD STUBBS

| DUPONT'S DESIGNATIONS | PLAINTIFFS' OBJECTIONS TO DUPONT'S DESIGNATIONS | USA's OBJECTIONS TO DUPONT'S DESIGNATIONS | PLAINTIFFS' COUNTER-DESIGNATIONS TO DUPONT'S DESIGNATIONS | DUPONT'S OBJECTIONS TO PLAINTIFFS' COUNTER DESIGNATIONS | USA's COUNTER DESIGNATIONS TO DUPONT'S DESIGNATIONS | DUPONT'S REBUTTAL DESIGNATIONS |
|---|---|---|---|---|---|---|
| 214:11-22 *overrule* | 402, 403; Outside scope of Rule 30(b)(6) | 214:16-22 402, 403, 602, 701 — *overrule* | | | | |
| 216:14-18 | | | | | | |
| 216:22-217:4 | | | | | | |
| 217:20-218:2 *overrule* | 602, 701; calls for legal conclusion | 602, 701 calls for legal conclusion — *overrule* | | | | |
| 222:4-7 | 602, 701; calls for legal conclusion — *overrule* | | | | | |

| EXHIBITS | PLAINTIFFS OBJECTIONS TO EXHIBITS | USA's OBJECTIONS TO EXHIBITS |
|---|---|---|
| 639 (previously admitted) | | |
| 835 (previously admitted) | | |
| 860 | | |
| 20346 | | |
| 45893-45899** | Plaintiffs have already filed objections to exhibits 45893-45899 | 402, 403, 801, 802 – Document already in evidence as 20221 with references cited; also we renew our prior objections to DuPont's proposed submission — *Reserved* |

\* Plaintiffs have objected to this type of testimony for several reasons including FRE 602, 761 and 30(b)(6) (see, e.g., 189:17-21, 190:4-12). These objections are without merit. However, if the court decides to sustain plaintiffs objections, the cross-designations noted with an asterisk (*) should also be removed.

\*\* Exhibit 20221, previously admitted, does not contain a complete copy of the "reference" section of the Response to the Qualitative Assessment. Therefore, DuPont will offer 45893.

**DUPONT'S AMENDED NOTICE OF INTENT TO INTRODUCE VIDEO DEPOSITION TESTIMONY OF DONALD STUBBS**