IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| TIMM ADAMS, et al., | Case No. CV-03-49-E-BLW |
| Plaintiffs, | MEMORANDUM DECISION AND ORDER REGARDING FINAL COLLATERAL SOURCE FIGURES |
| v. | |
| UNITED STATES OF AMERICA, et al., | |
| Defendants. | |

In an earlier decision, the Court made findings on the collateral source issues and then set forth its dollar-amount findings on a chart. There were a few debt-based costs that had not been calculated, and the Court noted in its chart that the figures needed "to be computed." The Court directed plaintiffs to provide those calculations. They have now done so through the Affidavit of Cornelius Hofman, and the defendants filed no objections thereto. The Court will therefore adopt those figures, and provide a complete chart of the collateral source offsets below.

**Memorandum Decision & Order re Collateral Source Issues – page 1**

| Offsets Under Legislative Programs | | | |
|---|---|---|---|
| **Crop** | **Net Offset** | **Debt-Based Cost** | **Total Offset** |
| Jentzsch-Kearl 2000 potatoes | $47,272 | $36,411 | $83,683 |
| Jentzsch-Kearl 2001 Sugar Beets | $88,703 | $57,504 | $146,207 |
| Hansen 2000 Potatoes | $248,310 | $191,260 | $439,570 |
| Hansen 2002 Potatoes | $176,636 | $94,449 | $271,085 |

| Offsets From Federal Insurance Payments | | | |
|---|---|---|---|
| **Crop** | **Net Offset** | **Debt-Based Cost** | **Total Offset** |
| Funk 2001 Barley | $7,743 | $4,449 | $12,192 |
| Funk 2001 Sugar Beets | $396 | $228 | $624 |
| Funk 2001 Wheat | $5,861 | $3,367 | $9,228 |
| Funk 2002 Potatoes | $24,899 | $11,843 | $36,742 |
| Funk 2002 Sugar Beets | $10,009 | $4,761 | $14,770 |
| Funk 2002 Wheat | $5,215 | $2,481 | $7,696 |
| Funk 2003 Wheat | $8,637 | $3,308 | $11,945 |
| Hansen 2002 Potatoes | 0 | 0 | 0 |
| Hansen 2003 Potatoes | $7,983 | $3,424 | $11,407 |

| Offsets From Federal Insurance Payments | | | |
|---|---|---|---|
| Jentzsch-Kearl 2001 Sugar Beets | 0 | 0 | 0 |
| Jentzsch-Kearl 2002 Sugar Beets | $22,674 | $12,124 | $34,798 |

DATED: **January 18, 2010**



_____
Honorable B. Lynn Winmill
Chief U. S. District Judge