IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| TIMM ADAMS, et al, | ) | Civ. No. 03-0049-E-BLW |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | AMENDED MEMORANDUM DECISION |
| UNITED STATES OF AMERICA, et al., | ) ) ) ) | |
| Defendants. | ) ) | |

Finding good cause therefore,

NOW THEREFORE IT IS HEREBY ORDERED, that the Memorandum Decision (docket no. 1696) be AMENDED as follows: The statement that the trial will begin "September 9, 2011", is stricken and the date "September 19, 2011" is substituted in its place. In all other respects, the decision remains the same.

DATED: **May 13, 2010**

B. LYNN WINMILL
Chief Judge
United States District Court