UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| TIMM ADAMS, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>    Defendants. | Case No. 4:03-CV-049-BLW<br><br>**ORDER COMPELLING PLAINTIFFS, C/O WESTERN AGCREDIT TO COMPLY WITH SUBPOENA** |

  The above-captioned matter having come before the undersigned United States District Judge upon the motion of Defendant du Pont de Nemours and Company, and pursuant to 12 C.F.R. § 618.8330(b), following issuance of subpoena upon the party Plaintiffs c/o Western AgCredit and in compliance with the cited Regulation, applicant has moved for an Order compelling all Plaintiffs c/o Western AgCredit to comply with said subpoena.

  Based upon the above, and upon all the files, records, and materials before the Court, **IT IS HEREBY ORDERED** that:

    1. All Plaintiffs c/o Western AgCredit are hereby ordered, pursuant to 12 C.F.R. § 618.8330(b), to comply with the subpoena issued on November 17, 2010, upon service being effected upon all Plaintiffs c/o Western AgCredit.

**Memorandum Decision & Order – page 1**

DATED: **January 6, 2011**



_____
B. LYNN WINMILL
Chief Judge
United States District Court