IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| TIMM ADAMS, et al.<br><br>        Plaintiffs,<br><br>   v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>        Defendants. | Case No. 4:CV-03-0049-BLW<br><br>**ORDER COMPELLING MCNABB GRAIN TO COMPLY WITH SUBPOENA** |

The Court has before it DuPont's motion to compel McNabb Grain to produce documents, and a later-filed motion for the same relief. The record shows that DuPont served a subpoena to produce documents on McNabb on April 6, 2010. McNabb has never responded or objected despite DuPont's numerous attempts to contact them. DuPont is seeking discoverable information, and there is no showing of undue burden. Accordingly, the Court will grant the motions.

NOW THEREFORE IT IS HEREBY ORDERED, that the motion to compel (docket no. 1805) and the motion for entry of an order to compel (docket no. 1838) are GRANTED.

IT IS FURTHER ORDERED, that McNabb Grain shall comply immediately with the Subpoena dated March 20, 2010, and provide the documents requested therein to DuPont.

DATED: **January 31, 2011**

B. LYNN WINMILL
Chief Judge
United States District Court