IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| TIMM ADAMS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, et al., <br><br> Defendants. | Case No. 4:CV 03-49-BLW <br><br><br><br> **ORDER FOR VOLUNTARY DISMISSAL OF CLAIMS OF CERTAIN PLAINTIFFS** |

The above-captioned matter having come before the United States District Judge, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs and Defendants stipulate to the dismissal with prejudice of the claims of the following Plaintiffs and their associated grower groups:

1. Wallace and Nancy Bingham;

2. Travis and Dawn Cook;

3. Kelly Lee and Debra Klempel dba Double K. Farms;

4. Doug and Jackie Kohntopp and Kohntopp Farms; and

5. Jerry and Sandra Tominaga.

Based upon the above, and upon all the files, records, and materials before the Court,

**Memorandum Decision & Order - 1**

NOW THEREFORE IT IS HEREBY ORDERED, that the Stipulation (docket no. 1934) is APPROVED, and that the claims of the following Plaintiffs are dismissed with prejudice:

1. Wallace and Nancy Bingham;

2. Travis and Dawn Cook;

3. Kelly Lee and Debra Klempel dba Double K. Farms;

4. Doug and Jackie Kohntopp and Kohntopp Farms; and

5. Jerry and Sandra Tominaga.

DATED: **April 6, 2011**

B. LYNN WINMILL
Chief Judge
United States District Court