UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| TIMM ADAMS, et al.<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>    Defendants. | Case No. 03-0049-E-BLW<br><br>**ORDER MODIFYING CERTAIN DEADLINES IN CASE MANAGEMENT ORDER (Dkt. 1808)** |

The above-captioned matter having come before the United States District Judge, Plaintiffs and Defendants, by and through their designated counsel, having stipulated to the extension of certain Expert Rebuttal Reports and the filing of related Daubert motions,

NOW THEREFORE IT IS HEREBY ORDERED that the Stipulation (docket no. 2009) is APPROVED.

IT IS FURTHER ORDERED, that (a) the date for filing Rebuttal Reports of Plaintiffs' experts will be extended to August 29, 2011 for all experts except Cornelius Hofman and Barry Goodwin, and (b) any Daubert motions relating to the experts who file Rebuttal Reports on August 29, 2011 will be extended to September 12, 2011.

                                          DATED: **August 22, 2011**

                                          B. LYNN WINMILL
                                          Chief Judge
                                          United States District Court