IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| TIMM ADAMS, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>    Defendants. | Case No.  4:CV 03-49-BLW<br><br>**ORDER RE BLM'S MOTION TO STAY** |

The Court has before it the BLM's motion to stay these proceedings pending the Ninth Circuit's ruling.  The Ninth Circuit has now ruled in the BLM's favor.  If the mandate issues, and the BLM is dismissed, the case will nevertheless continue against DuPont.  Hence, even if the BLM is dismissed, this matter should not be stayed.  On the other hand, if any claims remain against the BLM – a point the Court expresses no opinion upon – there are even stronger reasons for denying the motion to stay.  Accordingly,

NOW THEREFORE IT IS HEREBY ORDERED, that the motion to stay (docket no. 1916) is DENIED.



DATED:  September 15, 2011

Honorable B. Lynn Winmill
Chief U. S. District Judge

**Memorandum Decision & Order - 1**